FILED
2010 MAR 18 AM 11: 36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 1999 PORSCHE 911 CARRERA,<br>CA LICENSE NO. 5TOX353,<br>VIN WP0CA2991XS656035,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 MERCEDES BENZ S500,<br>CA LICENSE NO. 5LKJ985,<br>VIN WDBNG75J6YA096099,<br>ITS TOOLS AND APPURTENANCES,<br><br>    Defendants. | Civil No. 09cv2515-BEN(BLM)<br><br>JUDGMENT<br>OF FORFEITURE |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1.    The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendants, One 1999 Porsche 911 Carrera, CA License No. 5TOX353, VIN WP0CA2991XS656035, Its Tools and Appurtenances and One 2000 Mercedes Benz S500, CA License No. 5LKJ985, VIN WDBNG75J6YA096099, Its Tools and Appurtenances. ("Defendant Vehicles").

2.    The parties have agreed to a settlement which is hereinafter described in its particulars:

a. On or before March 31, 2010, the claimant, Nerelys Camacho, shall pay $20,000.00 in U.S. currency by cashier's check made payable to the U.S. Marshals Service. The $20,000.00 shall be condemned and forfeited to the United States pursuant to Title 21, United States Code, Section 881. Upon payment of the $20,000.00, the United States agrees to return the Defendant Vehicles to claimant, Nerelys Camacho, through her attorney Richard M. Barnett. The United States will be responsible for all costs incurred incident to the seizure and custody of the Defendant Vehicles by the U.S. Marshal.

3. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimant has agreed that by entering into this joint motion, she has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All parties shall bear their own costs and expenses, including attorney fees. Judgment shall be entered in favor of the United States on its complaint.

4. Claimant has warranted and represented as a material fact that she is the sole owner of the Defendant Vehicles and has further warranted that no other person or entity has any right, claim or interest in the Defendant Vehicles, and that she will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the Defendant Vehicles.

5. The Claimant, her agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the Defendant Vehicles.

6. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant owes to the United States.

This case is hereby ordered closed. Let judgment be entered accordingly.

DATED: March __, 2010

Hon. Roger T. Benitez,
United States District Court Judge